

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00053-CV

Thelma **FRANCO**,
Appellant

v.

Roderick J. **SANCHEZ**, as Director of Development Services for the City of San Antonio,
the City of San Antonio, Planned Parenthood South Texas, and Delantero Investors, LTD.,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00039
Honorable Solomon Casseb III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.  Costs of this appeal are taxed against Appellant Thelma Franco.

SIGNED March 18, 2015.

_____
Patricia O. Alvarez, Justice